# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

In the Matter of the Search of:

The iCloud Account for Apple ID ███████████net, further described in Attachment A

**UNDER SEAL** **20 M 393**

Case Number:

Magistrate Judge Jeffrey Cummings

## SEARCH AND SEIZURE WARRANT

To: Gregory B. Linder and any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of Illinois:

**See Attachment A-II**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**See Attachment A-III**

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before <u>August 7, 2020</u> in the daytime (6:00 a.m. to 10:00 p.m.).

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the issuing United States Magistrate Judge.

Date and time issued: <u>July 24, 2020</u>

*Judge's signature*

City and State: <u>Chicago, Illinois</u>

JEFFREY I. CUMMINGS, U.S. Magistrate Judge
*Printed name and title*

| Return | | | |
|---|---|---|---|
| Case No: | Date and Time Warrant Executed: | Copy of Warrant and Inventory Left With: | |

Inventory made in the presence of:

Inventory of the property taken and name of any person(s) seized:

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*